UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-22056-UNGARO

CENTURION AIR CARGO, INC.,

    Plaintiff,

v.

AERO MIAMI III, LLC,

    Defendant.

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CENTURION AIR CARGO, INC. hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of its voluntary dismissal of this action, without prejudice, having determined that this Court lacks subject matter jurisdiction under 28 U.S.C. § 1332, and no answer or motion for summary judgment having been served by the opposing party.

Respectfully submitted,

By: */s Roger S. Kobert*
Roger S. Kobert (Fla. Bar No. 765295)
rkobert@wsh-law.com
WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL  33134
(305) 854-0800   Tel.
(305) 854-2323   Fax
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via transmission of Notices of Electronic Filing generated CM/ECF.

By:     /s/ Roger S. Kobert

## SERVICE LIST

Dana Clayton, Esq.
Ryan Roman, Esq.
Darryl R. Graham, Esq.
AKERMAN SENTERFITT
SunTrust International Center
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
*Counsel for Defendant*